Michael A. Maurer, WSBA No. 20230
LUKINS & ANNIS, P.S.
Washington Trust Financial Center
717 West Sprague Avenue Suite 1600
Spokane, WA 99201-0466
Telephone:    509-623-2021
Facsimile:    509-363-2489
Email: mmaurer@lukins.com

C. Christine Burns, Admitted *pro hac vice*
John R. Remington, Admitted *pro hac vice*
QUARLES & BRADY LLP
411 East Wisconsin Avenue
Milwaukee, WI 53202-4497
Telephone: 414-277-5000
Facsimile: 414-271-3552
Email: cburns@quarles.com
Email: jremingt@quarles.com

Attorneys for Defendant
A.K. Rubber Products Company

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMERICAN DENTAL MEDICAL TECHNOLOGY LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>A. K. RUBBER PRODUCTS COMPANY, INC., a Wisconsin corporation,<br><br>Defendant. | Case No. CV-08-0103-LRS<br><br>A. K. RUBBER PRODUCTS COMPANY'S MOTION TO TRANSFER VENUE<br><br>TELEPHONIC ORAL ARGUMENT REQUESTED |

Pursuant to 28 U.S.C. §1404(a) and Local Rule 7.1, Defendant A.K. Rubber Products Company ("A.K. Rubber") hereby requests that the Court transfer this case from its current venue, the Eastern District of Washington, to the Eastern

District of Wisconsin. The Eastern District of Wisconsin is the proper venue for this lawsuit because it is most convenient for the parties and witnesses and it is in the best interest of justice.

Dated: November 20, 2008          Respectfully submitted,

                                            s/ Michael A. Maurer
                                            MICHAEL A. MAURER, WSBA No. 20230
                                            LUKINS & ANNIS, P.S.

                                            C. CHRISTINE BURNS, Admitted *pro hac vice*
                                            JOHN R. REMINGTON, Admitted *pro hac vice*
                                            QUARLES & BRADY LLP

                                            Attorneys for Defendant
                                            A. K. Rubber Products Company, Inc.

# CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2008, I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

> Mr. Jeffrey C. Grant
> Aoki Sakamoto Grant LLP
> One Convention Place, suite 1525
> 701 Pike Street
> Seattle, WA 98101-3933
> Jeffrey@aoki-sakamoto.com
>
> Kari Barth
> Keri Greenheck
> Lovell Mitchell & Barth, LLP
> 11542 NE 21st Street, Suite A
> Bellevue, WA 98004-3025
> kbarth@lmbllp.com
> kgreenheck@lmbllp.com

And I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

> n/a

*s/ Michael A. Maurer*
MICHAEL A. MAURER
Attorney for Defendant
Lukins & Annis, P.S.
717 West Sprague Avenue, Suite 1600
Spokane, Washington 99201-0466
Telephone: (509) 455-9555
Facsimile: (509) 747-2323
mmaurer@lukins.com

A.K. RUBBER PRODUCTS COMPANY'S MOTION
TO TRANSFER VENUE : 3